**Kenn HINTON, Plaintiff–Appellant,**

**v.**

**PROVIDENCE DANE, LLC, Defendant–Appellee.**

No. 11–1721.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 10, 2011.

Decided: Nov. 21, 2011.

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A.

Kenn Hinton, Appellant Pro Se. David Benjamin Ashe, Providence Dane, LLC, Virginia Beach, Virginia, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenn Hinton appeals the magistrate judge's * order granting Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hinton v. Providence Dane, LLC*, No. 1:10–cv–00408–TCB (E.D.Va. July 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

§ 636(c) (West 2006 & Supp.2011).